Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jarvis Tyrone Hughes,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-352
Submitted March 26, 2003  Filed May 
 20, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 allof Columbia;  and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Appellant, Jarvis Tyrone Hughes, 
 pled guilty to one count of possession of crack cocaine with intent to distribute 
 and one count of possession of crack cocaine with intent to distribute within 
 the proximity of a park or playground.  He was sentenced to ten years on each 
 charge. The court also revoked five years of his probationary sentence.  Hughes 
 appeals from the revocation of his probation arguing the record failed to 
 reflect a clear basis for revocation and the court erred in revoking the same 
 without a finding of willful violation.  We dismiss pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.